**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2356

JOHN S. STRITZINGER,

Plaintiff - Appellant,

v.

BANK OF AMERICA; VERNON WRIGHT,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Terry L. Wooten, Chief District Judge.  (3:14-cv-02409-TLW)

Submitted:  May 18, 2016                    Decided:  May 20, 2016

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John S. Stritzinger, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John S. Stritzinger appeals the district court's order adopting the magistrate judge's recommendation and dismissing his complaint without prejudice for failing to comply with a court order.[*] On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Stritzinger's informal brief does not challenge the basis for the district court's disposition, Stritzinger has forfeited appellate review of the court's order. Accordingly, we grant Stritzinger leave to proceed in forma pauperis, deny the motion to remand, and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We conclude that Stritzinger timely filed his notice of appeal. See Houston v. Lack, 487 U.S. 266, 276 (1988).

2